FILED
SEP 1 3 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREA LYNN KABACINSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1694 (UNA) |
| ) | |
| JOHN RONALD KABACINSKI, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The plaintiff's claims pertain to the misdeeds of the defendant, particularly his failure to pay child support and to provide for their children's medical care. Among other relief, the plaintiff demands payment of past due child support and an increase in the child support payments.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint does not articulate a claim arising under the United States Constitution or federal law; therefore, the plaintiff does not demonstrate federal question jurisdiction. Although the parties appear to be citizens of different states, the complaint does not indicate whether the amount in controversy exceeds $75,000. For this reason, the plaintiff also fails to establish diversity jurisdiction. Furthermore, because none of the parties appear to reside in the District of Columbia, and

because none of the events giving rise to the plaintiff's claims occurred here, it is doubtful that this district is the proper venue for resolution of the plaintiff's claims.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice for lack of subject matter jurisdiction. An Order is issued separately.

DATE: September 12, 2018

Christopher R. Cooper
United States District Judge